RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3, 23, 06
BY OM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DONALD PATRICK JOSEPH ADRIAN | CIVIL ACTION NO. 06-0455 |
| versus | |
| ROBERT B. SELBE, ET AL. | JUDGE HICKS |

## MEMORANDUM ORDER

Defendants filed a multi-faceted Motion to Dismiss. The United States District Court for the District of Columbia addressed some of the issues and transferred venue to this district. Some of the issues presented in the motion may have been rendered moot, and the controlling circuit precedent may now be different from the cases cited in the memoranda. Accordingly, this court will not issue a ruling on any remaining aspects of the original motion. Defendants will be permitted until **April 28, 2006** to file a motion to dismiss or other dispositive motion with respect to any issues presented in the original motion that they believe have not been resolved by the ruling or the transfer. If the defendants do not file a motion by that deadline or choose instead to simply file an answer, a scheduling conference will be held in due course to establish a trial date and related deadlines.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 23rd day of March, 2006.

/s/ Maurice Hicks
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE